# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TING CHEN an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-10505-SVW-AJR<br>*District Judge: Hon. Stephen V. Wilson*<br>*Magistrate Judge: Hon. A. Joel Richlin*<br><br>**ORDER OF DISMISSAL** |

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: April 17, 2025      By: _____
                              Hon. Stephen V. Wilson
                              United States District Judge